# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON L. RIGGS, JR., an individual,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>POINT LOMA CREDIT UNION, a corporation; and DOES 1 through 5, inclusive,<br><br>　　　　　　　　　　　　　　Defendants. | CASE NO. 10cv1942-LAB (CAB)<br><br>**ORDER DISMISSING CASE** |

　　　Pursuant to the notice filed by Plaintiff, this case is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED**.

DATED: November 10, 2010

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge